IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Elaine Wang

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-2095 |
| Alexion Pharmaceuticals, Inc., et al., | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Peter Votto,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-02067 |
| Alexion Pharmaceuticals, Inc., et al. | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 3/10/2021

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Involves the same transaction and same set of material facts with the same defendants.

Signature: /s Gloria Kui Melwani       Date: 3/10/2021

Firm: Melwani & Chan LLP